LAW OFFICE OF ARCADI ITKIN
ARCADI ITKIN, ESQ., Cal. Bar No. 253194
E-Mail: Arcadi@arkadylaw.com
335 Powell Street, 14th Floor
San Francisco, CA 94102
Telephone: 415.640.6765
Facsimile: 415.508.3474

Attorneys for Plaintiff
Emily Chandler

VILLARREAL HUTNER & TODD PC
LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
E-Mail: lhutner@vhtattorneys.com
ROSS BOUGHTON, ESQ., Cal. Bar No. 241119
E-Mail: rboughton@vhtattorneys.com
575 Market Street, Suite 300
San Francisco, California 94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendant
STARBUCKS CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILY CHANDLER,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:12-cv-04848-NC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THERETO**<br><br>Action Filed:   August 15, 2012<br>Trial Date:     None Set |

{100038080}
Case No. 3:12-cv-04848-NC

STIPULATION OF DISMISSAL AND PROPOSED ORDER THERETO

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO STIPULATED.**

Dated: October 9, 2012

LAW OFFICE OF ARKADY ITKIN

By _/s/ Arkady Itkin_
ARKADY ITKIN
Attorneys for Plaintiff
Emily Chandler

Dated: October 22, 2012

VILLARREAL HUTNER & TODD PC

By _/s/ Lara Villarreal Hutner_
LARA VILLARREAL HUTNER
Attorneys for Defendant
Starbucks Corporation

**IT IS SO ORDERED.**

Dated: 10/22/12

By _/s/ Susan Illston_
HON. NATHANIEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

{100038080}

-1-

STIPULATION OF DISMISSAL AND PROPOSED ORDER THERETO