LAW OFFICE OF ARCADI ITKIN
ARCADI ITKIN, ESQ., Cal. Bar No. 253194
E-Mail: Arcadi@arkadylaw.com
335 Powell Street, 14th Floor
San Francisco, CA 94102
Telephone: 415.640.6765
Facsimile: 415.508.3474

Attorneys for Plaintiff
Emily Chandler

VILLARREAL HUTNER & TODD PC
LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
E-Mail: lhutner@vhtattorneys.com
ROSS BOUGHTON, ESQ., Cal. Bar No. 241119
E-Mail: rboughton@vhtattorneys.com
575 Market Street, Suite 300
San Francisco, California 94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendant
STARBUCKS CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| EMILY CHANDLER,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:12-cv-04848-~~NC~~<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THERETO**<br><br>Action Filed:  August 15, 2012<br>Trial Date:    None Set |

{100038080}
Case No. 3:12-cv-04848-NC

STIPULATION OF DISMISSAL AND PROPOSED ORDER THERETO

1
2       IT IS HEREBY STIPULATED by and between the parties to this
3 action through their designated counsel that the above-captioned action be and
4 hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure
5 41(a)(1).
6       **IT IS SO STIPULATED.**
7 Dated: October 9, 2012       LAW OFFICE OF ARKADY ITKIN
8
9       By _____
10       ARKADY ITKIN
11       Attorneys for Plaintiff
12       Emily Chandler
13
14 Dated: October 22, 2012       VILLARREAL HUTNER & TODD PC
15
16       By _____
17       LARA VILLARREAL HUTNER
18       Attorneys for Defendant
19       Starbucks Corporation
20
21       **IT IS SO ORDERED.**
22 Dated: ~~10/22/12~~       By _____
23       HON. ~~NATHANIEL M. COUSINS~~
24       UNITED STATES ~~MAGISTRATE~~
      JUDGE
25
26
27
28
{100038080}

-1-

STIPULATION OF DISMISSAL AND PROPOSED ORDER THERETO